**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**FREEDOM WATCH, INC.,**

    **Plaintiff,**

**v.**                                                 **Case No: 5:13-cv-420-Oc-10PRL**

**DEPARTMENT OF THE NAVY,**
**DEPARTMENT OF THE ARMY,**
**DEPARTMENT OF THE AIR FORCE**
**and DEPARTMENT OF DEFENSE**

    **Defendants.**

## ORDER

This case, brought pursuant to the Freedom of Information Act (FOIA), comes before the Court for consideration of Plaintiff's Motion for Expedited Telephonic Status Conference (Doc. 16). Plaintiff states that it has been requesting documents for its clients, grieving parents of those lost in battle during a 2011 military operation in Afghanistan, for over seven months, and that this lawsuit represents "the last hope for the grieving parents." Plaintiff contends that "quick action is required for these families so that they may begin to gain some closure from this tragic chapter in their lives and attempt to move forward." (Doc. 16).

Plaintiff requests that the Court schedule a telephonic status conference in order to speak with the Court about procedures and methods available for requesting expedited consideration of this lawsuit. The motion further recites that Plaintiff would like to "discuss the timeframe for ruling" on its pending Motion for Summary Judgment, filed on December 31, 2013, and argues that time is of the essence with regard to the final disposition of the case. Plaintiff's motion recites that counsel sought consent for the motion from Defendant's counsel but has not received a reply.

- 2 -

Plaintiff's Motion for Expedited Telephonic Status Conference (Doc. 16) is **DENIED** without prejudice. Plaintiff's motion will be ruled on in due course. The parties are advised that the Court's procedures are contained within the Local Rules for the Middle District of Florida. If Plaintiff seeks expedited ruling on its motion for summary judgment, or for the motion to be designated as an emergency motion pursuant to Local Rule 3.01(e), Plaintiff may file a motion with a supporting memorandum of law explaining the grounds and the relief requested. Plaintiff is cautioned, however, that the unwarranted designation of a motion as an emergency motion may result in sanctions.

**DONE** and **ORDERED** in Ocala, Florida on March 26, 2014.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties