**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**FREEDOM WATCH, INC.,**

    **Plaintiff,**

v.                                                                  Case No: 5:13-cv-420-Oc-10PRL

**DEPARTMENT OF THE NAVY,
DEPARTMENT OF THE ARMY,
DEPARTMENT OF THE AIR FORCE
and DEPARTMENT OF DEFENSE**

    **Defendants.**

## ORDER

This case, brought pursuant to the Freedom of Information Act (FOIA), comes before the Court for consideration of Defendants' Motion to Extend Time to File Cross-Motion for Summary Judgment (Doc. 21). Defendants' motion recites that Plaintiff objects to the relief requested. A status conference is scheduled for this case on April 30, 2014. (Doc. 22).

Defendants requests an extension until May 16, 2014 within which to file a Cross-Motion for Summary Judgment, on the grounds that one agency, Special Operations Command (SOCOM), needs additional time to search for responsive documents pursuant to Plaintiff's FOIA request. Defendants recite that they will release to Plaintiff the documents that are responsive to Plaintiff's FOIA request (and that do not need to be processed by SOCOM) on April 17, 2014. Defendants request an extension so that it may provide a single, complete motion for summary judgment to the Court on May 16, 2014.[1]

---

[1] "Generally, FOIA cases should be handled on motions for summary judgment, once the

- 2 -

Accordingly, upon due consideration, Defendants' motion (Doc. 21) is **GRANTED**, and Defendants may have until May 16, 2014 within which to file their Cross-Motion for Summary Judgment.

**DONE** and **ORDERED** in Ocala, Florida on April 16, 2014.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

documents in issue are properly identified." *Miccosukee Tribe of Indians of Florida v. United States*, 516 F.3d 1235 (11th Cir.2008).