**IN UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**FREEDOM WATCH, INC.**

Plaintiff,

v.                                          Civil Action No. 5:13-cv-420-OC-10PRC

**DEPARTMENT OF THE NAVY, ET.**
**AL.**

Defendants.

**MOTION TO MODIFY COURT'S ORDER OF APRIL 16, 2014 GRANTING**
**DEFENDANTS LEAVE TO FILE THEIR CROSS MOTION FOR SUMMARY**
**JUDGMENT ON MAY 16, 2014.**

Plaintiff respectfully moves this honorable Court to modify its order of April 16, 2014 to

require the Defendants to file a *Vaughn* index with their motion for summary judgment under the

Freedom of Information Act, 5 U.S.C. § 552, et. seq. ("FOIA").

As this court is aware, this case concerns the tragic deaths of American heroes comprised

of Navy SEAL Team VI and other Special Operations forces in the shoot down of their

helicopter by the Taliban on August 6, 2011. Over the last several years, military brass, some of

whom are politically appointed, have stonewalled -- if not covered up -- the reasons for this

crash. This case is designed to pry the truth out of the Defendants by having them produce the

requested documents.

In Defendants Motion for Extension of time, they state they will not produce a *Vaughn*

index, obviously with the intent to not reveal the documents that they will not produce nor the

exemptions that they will likely claim.  It is black letter law in FOIA cases that to move for

summary judgment the Government must produce *Vaughn* index that indentifies basic

information such as the author of the document, the date of the document, and the subject matter

such that Plaintiff is able to challenge the basis for withholding such document. See *Vaughn v.*

*Rosen*, 484 F.2d 820 (D.C. Cir. 1973), cert. denied, 415 U.S. 977 (1974); *Pinson v. DOJ*, No. 12-

1872, 2013 WL 5423107 (D.D.C. Sept. 30, 2013) (Contreras, J.).

      Defendants do not consent to this motion as they do not want this Court to have a record

of withheld documents.

      WHEREFORE, Plaintiff respectfully requests this court to modify its order of April 16,

2014 to require a *Vaughn* index.  In this way the Court will be able to ascertain whether the

Defendants have improperly withheld documents with regard to our fallen heroes.


Dated:  April 16, 2014


                        Respectfully Submitted,


                         /s/ *Larry Klayman*
                        Larry Klayman, Esq.
                        D.C. Bar No. 334581
                        Freedom Watch, Inc.
                        2020 Pennsylvania Ave. NW, Suite 345
                        Washington, DC 20006
                        Tel: (310) 595-0800
                        Email: leklayman@gmail.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on April 16, 2014, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participant(s):


PAUL A. DEAN
Senior Counsel (N.Y. Bar)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Tel: 202-514-1280
Fax: 202-616-8470
Paul.dean@usdoj.gov

*Attorneys for Defendants*


                         /s/ *Larry Klayman*
                         Larry Klayman, Esq.
                         Florida Bar No. 246220
                         Freedom Watch, Inc.
                         2775 NW 49th Ave, Suite 205-345
                         Ocala, FL 34483
                         (310) 595-0800
                         leklayman@gmail.com