**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**FREEDOM WATCH, INC.,**

    **Plaintiff,**

v.                                                                       **Case No: 5:13-cv-420-Oc-10PRL**

**DEPARTMENT OF THE NAVY,**
**DEPARTMENT OF THE ARMY,**
**DEPARTMENT OF THE AIR FORCE**
**and DEPARTMENT OF DEFENSE**

    **Defendants.**

## ORDER

This case brought pursuant to the Freedom of Information Act (FOIA) comes before the Court for consideration of Plaintiff's Motion to Modify Court's Order of April 16, 2014 (Doc. 24). Plaintiff seeks a modification of the Court's recent order, which extended the Defendants' deadline within which to file their Cross-Motion for Summary Judgment to May 16, 2014. Plaintiff requests that the Court require Defendants to file a *Vaughn* index with their motion for summary judgment. Plaintiff's motion recites that Defendants object to the relief requested.

When information has been requested pursuant to FOIA, and the government withholds that information due to a finding that it is specifically exempt from disclosure, the government must provide the requestor with an index describing each record that has been withheld. *Vaughn v. Rosen*, 484 F.2d 820 (D.C.Cir.1973) *cert. denied*, 415 U.S. 977, 94 S.Ct. 1564, 39 L.Ed.2d 873 (1974). This index, commonly referred to as a *Vaughn* index, describes each record that has been withheld, and provides a detailed description of the agency's grounds for nondisclosure, correlating each record to one or more specific FOIA exemptions. *Id.*

Here, Plaintiff's request for a Vaughn index is premature. Defendants have not yet filed their Cross-Motion for Summary Judgment, and it appears that Defendants have not finished processing the Plaintiff's request. (Doc. 21). If, when the processing is complete, Defendants claim that certain records are exempt from disclosure, then a Vaughn index may be required. *See Ferguson v. F.B.I.*, 722 F.Supp. 1137 (S.D.N.Y.1989); *Knight Publishing Co. v. United States*, 608 F.Supp. 747 (D.N.C.1984).

Accordingly, Plaintiff's Motion to Modify Court's Order (Doc. 24) is **DENIED** without prejudice.

Additionally, in light of the extension of Defendants' deadline to file their Cross-Motion for Summary Judgment, the Status Conference currently set for April 30, 2014 is hereby **cancelled**, and may be rescheduled, if necessary, on a future date.

**DONE** and **ORDERED** in Ocala, Florida on April 23, 2014.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
Courtroom Deputy